IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARLES D. YOUNG AND ANGELA R. YOUNG, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-773C (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Scott A. MacGriff, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Scott A. MacGriff
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12108
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

SCOTT A. MACGRIFF
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-3689
Facsimile: (202) 307-0972
E-mail: Scott.MacGriff@usdoj.gov

Dated: July 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 29 day of July, 2008, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE," addressed as follows:

Charles D. Young
207 East 7th Street
Breckenridge, TX 76424-5625

Angela R. Young
P.O. Box 1865
Little Rock, AR 72203